IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID M. NELSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-61-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying petitioner David M. Nelson's motion for post conviction relief under 28 U.S.C. § 2255 because it is untimely, because petitioner procedurally defaulted his challenge and because the claim is not cognizable under § 2255.

_____     11/23/10
Peter Oppeneer, Clerk of Court            Date